1  CHAD A. READLER
   Acting Assistant Attorney General
2  Civil Division
   ROBERT E. KIRSCHMAN, JR.
3  Director
   BRIAN A. MIZOGUCHI
4  Assistant Director
   ANDREW W. LAMB
5  Trial Attorney
   U.S. Department of Justice
6  Civil Division
   Commercial Litigation Branch
7  P.O. Box 480, Ben Franklin Station
   Washington, DC 20044
8  Telephone: (202) 616-0465
   Facsimile: (202) 307-0972
9  Andrew.Lamb@usdoj.gov

10 *Attorneys for Defendant*

   MAUREEN FRENCH
   1448 Purdue Street
   San Leandro, CA 94579
   Telephone: (224) 659-3096
   peec2all@gmail.com

   *Plaintiff (pro se)*

GRANTED.
Case is DISMISSED WITH PREJUDICE.
Dated: 8/21/2017

GRANTED
Judge Maria-Elena James

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11

12

13 MAUREEN FRENCH,                          )
                                            )
14                        Plaintiff,         )   17-CV-153-MEJ
                                            )
15 v.                                       )   **STIPULATION BY ALL PARTIES**
                                            )   **TO DISMISSAL OF COMPLAINT**
16 ERIC FANNING, Secretary of the Army,     )   **WITH PREJUDICE**
                                            )
17                        Defendant.         )

18       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Maureen French and defendant Eric

19 Fanning, Secretary of the Army, hereby voluntarily stipulate and agree to the dismissal, with

20 prejudice, of the complaint in the above-captioned action.

21

22

23

| | |
|---|---|
| 1 | August 21, 2017 |
| 2 | For plaintiff: |
| 3 | _____ [1] |
| | Maureen French (*pro se*) |
| 4 | 1448 Purdue Street |
| | San Leandro, CA 94579 |
| 5 | Telephone: (224) 659-3096 |
| | peec2all@gmail.com |
| 6 | |
| | *Plaintiff (pro se)* |
| 7 | |

Respectfully submitted,

For defendant:

CHAD A. READLER
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

/s/ Brian A. Mizoguchi
BRIAN A. MIZOGUCHI
Assistant Director

/s/ Andrew W. Lamb
ANDREW W. LAMB
Trial Attorney
U.S. Department of Justice
Civil Division,
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-0465
Facsimile: (202) 307-0972
Andrew.Lamb@usdoj.gov

*Attorneys for Defendant*

---

[1] I, Andrew W. Lamb, defendant's counsel of record in this action, attest that I obtained the concurrence of all parties to the filing of this document, as required by Local Rule 5-1(i)(3).

Stipulation To Dismissal Of Complaint With Prejudice
17-CV-153-MEJ

2

**<ins>CERTIFICATE OF SERVICE</ins>**

I hereby certify that, on August 21, 2017, I caused a copy of the foregoing stipulation to be deposited in the U.S. mail (first-class, postage prepaid), addressed to: Maureen French, 1448 Purdue Street, San Leandro, CA 94579.

<ins>/s/ Andrew W. Lamb</ins>